**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38100 |
| | § | |
| DENA VAZZANO | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/25/2010. The undersigned trustee was appointed on 08/25/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,500.65

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $3.35 |
    | Bank service fees | $59.34 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1] $3,437.96

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 04/14/2011 and the deadline for filing government claims was 04/14/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $875.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $875.16, for a total compensation of $875.16[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/15/2012           By:   /s/ Horace Fox, Jr.
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 10-38100 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | VAZZANO, DENA | Date Filed (f) or Converted (c): | 08/25/2010 (f) |
| For the Period Ending: | 10/15/2012 | §341(a) Meeting Date: | 10/14/2010 |
| | | Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Acct Chase | $16.00 | $0.00 | | $0.00 | FA |
| 2 | Checking Account First Merit | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Used Household Good and Furniture | $250.00 | $250.00 | | $0.00 | FA |
| 4 | Used Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Term Life Insurance - Through employer | $0.00 | $0.00 | | $0.00 | FA |
| 6 | IRA | $8,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2007 Jeep Wrangler | $12,825.00 | $6,241.00 | | $3,500.00 | FA |
| INT | Interest Earned    (u) | Unknown | Unknown | | $0.65 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$21,691.00    $6,491.00    $3,500.65    $0.00

**Major Activities affecting case closing:**

01/04/2011    10.14.10 came to a settlement with debtor and her attorney re: downpayment and monthly payment to retain car. 1.4.2011 Sent demand letter/ turn over request for the downpayment of 2,000 and 125.00 per month or the turnover of the car.

Asset notice filed 1.07.11

paying as agreed. 5.24.11

09/10/2011    Funds coming in in installments. $2994.87 in account.
09/17/2011    Need to file motion to approve equity in auto settlement.
12/04/2011    Debtor is paying as agreed. All claims filed b/f claims bar date. May have to object to claim 3 (student loan, sec checked but listed as unsecured ). Need settlement approved. 2.12.12

E-mailed Mr. de 'Medici re objection to claim 3 and approval. 4.8.12

Judge Barnes assigned. 5.14.12
Motion to compromise filed 5.18.12 order entered 6.12.12.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| **Case No.:** | 10-38100 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | VAZZANO, DENA | | | **Date Filed (f) or Converted (c):** | 08/25/2010 (f) |
| **For the Period Ending:** | 10/15/2012 | | | **§341(a) Meeting Date:** | 10/14/2010 |
| | | | | **Claims Bar Date:** | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 11/30/2012    **Current Projected Date Of Final Report (TFR):** 11/30/2012

/s/ HORACE FOX, JR.
HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-38100 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | VAZZANO, DENA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7683 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/25/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $2,875.65 | | $2,875.65 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.04 | $2,874.61 |
| 08/15/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,999.61 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.74 | $2,994.87 |
| 09/14/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $3,119.87 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.09 | $3,114.78 |
| 10/12/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $3,239.78 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.82 | $3,234.96 |
| 11/08/2011 | (7) | Dena Vezzano | Car installment payment | 1129-000 | $125.00 | | $3,359.96 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.18 | $3,354.78 |
| 12/08/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $3,479.78 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.56 | $3,474.22 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.60 | $3,468.62 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.35 | $3,465.27 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.23 | $3,460.04 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.76 | $3,454.28 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.21 | $3,449.07 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.56 | $3,443.51 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.55 | $3,437.96 |

**SUBTOTALS** $3,500.65 $62.69

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-38100 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | VAZZANO, DENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7683 | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 8/25/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | TOTALS: |  | $3,500.65 | $62.69 | $3,437.96 |
|  |  | Less: Bank transfers/CDs |  | $2,875.65 | $0.00 |  |
|  |  | Subtotal |  | $625.00 | $62.69 |  |
|  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  | Net |  | $625.00 | $62.69 |  |

**For the period of 8/25/2010 to 10/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $625.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $625.00 |
| Total Internal/Transfer Receipts: | $2,875.65 |
| | |
| Total Compensable Disbursements: | $62.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2011 to 10/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $625.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $625.00 |
| Total Internal/Transfer Receipts: | $2,875.65 |
| | |
| Total Compensable Disbursements: | $62.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 10-38100 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | VAZZANO, DENA | | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******7683 | | | **Money Market Acct #:** | ******8100 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 8/25/2010 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/15/2012 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/11/2011 | (7) | Dena Vazzano | Down payment plus one monthly payment on jeep | 1129-000 | $2,125.00 | | $2,125.00 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.06 | | $2,125.06 |
| 02/16/2011 | (7) | Dena Vazzano | Car installment payment. | 1129-000 | $125.00 | | $2,250.06 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.08 | | $2,250.14 |
| 03/11/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,375.14 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.10 | | $2,375.24 |
| 04/06/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,500.24 |
| 04/06/2011 | (7) | Dena Vazzano | Saved the previous deposit twice so this deposit has been reversed. | 1129-000 | $125.00 | | $2,625.24 |
| 04/06/2011 | (7) | DEP REVERSE: Dena Vazzano | deposit reversal | 1129-000 | ($125.00) | | $2,500.24 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,500.34 |
| 05/16/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,625.34 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.11 | | $2,625.45 |
| 06/10/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,750.45 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.11 | | $2,750.56 |
| 07/14/2011 | (7) | Dena Vazzano | car installment payment | 1129-000 | $125.00 | | $2,875.56 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.09 | | $2,875.65 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,875.65 | $0.00 |
| | | | **SUBTOTALS** | | $2,875.65 | $2,875.65 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-38100 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | VAZZANO, DENA | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7683 | | Money Market Acct #: | ******8100 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/25/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $2,875.65 | $2,875.65 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,875.65 | |
| | | | **Subtotal** | | $2,875.65 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,875.65 | $0.00 | |

**For the period of  8/25/2010 to 10/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,875.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,875.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $2,875.65 |

**For the entire history of the account between 01/11/2011 to 10/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,875.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,875.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $2,875.65 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-38100 | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|
| Case Name: | VAZZANO, DENA | | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7683 | | | | Money Market Acct #: | ******8100 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | |
| For Period Beginning: | 8/25/2010 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,500.65 | $62.69 | $3,437.96 |

**For the period of 8/25/2010 to 10/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,500.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.65 |
| Total Internal/Transfer Receipts: | $2,875.65 |
| Total Compensable Disbursements: | $62.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.69 |
| Total Internal/Transfer Disbursements: | $2,875.65 |

**For the entire history of the case between 08/25/2010 to 10/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,500.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.65 |
| Total Internal/Transfer Receipts: | $2,875.65 |
| Total Compensable Disbursements: | $62.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.69 |
| Total Internal/Transfer Disbursements: | $2,875.65 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

| Case No.: | 10-38100 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | VAZZANO, DENA | | | Date: | 10/15/2012 |
| Claims Bar Date: | 04/14/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX<br><br>6 East Monroe #1004<br>Chicago IL 60603 | 09/10/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $875.16 | $875.16 | $0.00 | $0.00 | $0.00 | $875.16 |
| | BRUCE DE 'MEDICI<br><br>834 Forest Avenue<br>Oak Park IL 60302 | 05/11/2012 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $1,657.50 | $1,657.50 | $0.00 | $0.00 | $0.00 | $1,657.50 |
| 1 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 10/30/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,828.89 | $2,828.89 | $0.00 | $0.00 | $0.00 | $2,828.89 |
| 2 | LOIS KULINSKY & ASSOCIATES, LTD.<br>Riverside Plaza - Suite 200<br>395 East Dundee Road<br>Wheeling IL 60090 | 11/15/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $938.73 | $938.73 | $0.00 | $0.00 | $0.00 | $938.73 |
| 3 | US DEP ED<br><br>Po Box 5609<br>Greenville TX 75403 | 12/08/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,874.63 | $7,874.63 | $0.00 | $0.00 | $0.00 | $7,874.63 |
| 4 | HARRIS BANK, N.A. C/O KAMM, SHAPIRO & DEMUTH, LTD.<br>17 North State Street, Suite 990<br>Chicago IL 60602 | 02/04/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,412.83 | $25,412.83 | $0.00 | $0.00 | $0.00 | $25,412.83 |

**Claim Notes:** (4-1) Proof of Claim

| | | | | | | $39,587.74 | $39,587.74 | $0.00 | $0.00 | $0.00 | $39,587.74 |

Page No: 2   Exhibit C

# CLAIM ANALYSIS REPORT

| Case No. | 10-38100 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | VAZZANO, DENA | | Date: | 10/15/2012 |
| Claims Bar Date: | 04/14/2011 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $1,657.50 | $1,657.50 | $0.00 | $0.00 | $0.00 | $1,657.50 |
| General Unsecured 726(a)(2) | $37,055.08 | $37,055.08 | $0.00 | $0.00 | $0.00 | $37,055.08 |
| Trustee Compensation | $875.16 | $875.16 | $0.00 | $0.00 | $0.00 | $875.16 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 10-38100
Case Name: DENA VAZZANO
Trustee Name: Horace Fox, Jr.

Balance on hand: $3,437.96

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,437.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $875.16 | $0.00 | $875.16 |
| Bruce de 'Medici, Attorney for Trustee Fees | $1,657.50 | $0.00 | $1,657.50 |

Total to be paid for chapter 7 administrative expenses: $2,532.66
Remaining balance: $905.30

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $905.30

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $905.30

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,055.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $2,828.89 | $0.00 | $69.11 |
| 2 | Lois Kulinsky & Associates, Ltd. | $938.73 | $0.00 | $22.93 |
| 3 | Us Dep Ed | $7,874.63 | $0.00 | $192.39 |
| 4 | Harris Bank, N.A. c/o Kamm, Shapiro & Demuth, Ltd. | $25,412.83 | $0.00 | $620.87 |

Total to be paid to timely general unsecured claims: $905.30
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00