**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38100 |
| | § | |
| DENA VAZZANO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 11/20/2012 at 10:30 a.m., in Courtroom 642, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | | |
|---|---|---|
| Date Mailed: 10/15/2012 | By: | /s/ Horace Fox, Jr. |
| | | (Trustee) |

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST-Form 101-7-NFR (5/1/2011)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-38100 |
| | ) | |
| Dena Vazzano | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | Chapter 7 |

### FINAL APPLICATION OF
### COUNSEL FOR TRUSTEE FOR COMPENSATION

Bruce de'Medici (the "Applicant") respectfully submits this final application for the allowance and payment of compensation pursuant to sections 330(a) and 503(b) of the United States Bankruptcy Code, 11 U.S.C. §101, *et seq*. (the "Code"), for services rendered to Horace Fox, Jr., in his capacity as trustee, and states in support as follows:

### I
### STATEMENT IN SUPPORT OF
### APPLICATION OF BRUCE DE'MEDICI FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

NARRATIVE SUMMARY

A.      BACKGROUND

1.      Dena Vazzano, debtor herein (the "Debtor"), commenced this case on August 5, 2010, by filing a petition for relief under chapter 7 of the Code. The Office of the United States Trustee appointed Horace Fox, Jr., to administer the assets of the estate as the trustee (the "Trustee"). On November 16, 2011, the Trustee obtained authority from this Court to employ Bruce de'Medici as his counsel.

2.      The estate employed the Applicant at the respective hourly rates and pursuant to section 327(a) of the Code. The application before the Court does not include any time for which the Court previously entered an award or for which the estate previously remitted

payment. The Applicant did not seek and the estate did not provide or pay any retainer. The Trustee did not 'promise' any payments to the Applicant outside of advising it that it would have the right to seek compensation and reimbursement of costs pursuant to sections 330(a) and 503(b) of the Code. The Applicant's request is not subject to any caps or limitations on fees or other charges. The Applicant rendered services to the Trustee and is seeking compensation pursuant to sections 330(a) and 503(b) of the Code.

3.  The Applicant's request includes compensation for the following professionals:

BRUCE DE'MEDICI

| Professional/Paraprofessional | Hourly Rate |
|---|---|
| Bruce de'Medici/Prof | $425.00 |

The Applicant charges non-bankruptcy clients the same rate for similar services.

4.  This is a final application. The Application covers services rendered from November 4, 2011, through June 12, 2012.

B.  CASE STATUS

5.  Financial Status
    Cash on deposit:      Approx. $3,500
    Operating profit/loss:  N/A
    Estimated Closing Date:      Fall 2012

C.  PROJECT SUMMARY

6.  The services underlying this Application concern the Trustee's sale of a vehicle back to the Debtor; the Applicant also advised the Trustee on claim reconciliation and prepared this fee application but is not seeking compensation for those latter services. Through the Applicant's services, the Trustee obtained funds from which to remit a distribution to unsecured non-priority creditors. The Applicant has financed the estate through his services and has done so to protect the interests of the estate.

2

7. In compliance with the applicable standards for the preparation of fee applications, the Applicant set forth the time that it devoted to the foregoing, a narrative of the matters that are involved, and the benefit and results for the estate. Additionally, the Applicant included herein detailed time records in chronological order for each category of service. This Court did not previously award compensation to any party in this case.

A. EMPLOYMENT OF PROFESSIONALS

8. The Applicant seeks allowance and payment for 1.5 hours in performing services under this category, at a value of $637.50. A copy of the entries for these services is included within Exhibit "i"

9. The Trustee determined that he required the services of counsel to obtain authority for a proposed sale of the Debtor's 2007 Jeep Wrangler PIF (the "Vehicle") back to the Debtor. Accordingly, the Applicant prepared the application for the Trustee to retain counsel to enable the Trustee to obtain authority to consummate this sale. This Court entered an order granting the application to employ the Applicant as counsel and the Applicant provided the services described below. These services benefitted the Trustee and the estate and the Applicant is entitled to be compensated for them.

B. LIQUIDATION OF ASSETS

10. The Applicant seeks allowance and payment for 2.4 hours in performing services under this category, at a value of $1,020. A copy of the entries for these services is included within Exhibit ii".

11. As noted above, the Trustee sold the Vehicle back to the Debtor, in exchange for payment of $3,500 to the Trustee. The Applicant prepared the motion for the Trustee to obtain authority to accept and consummate this sale. The Trustee is able to use these funds to remit payment on pre-petition unsecured, non-priority, claims and the Applicant provided a benefit to

3

the estate by preparing this motion. The Applicant's fees for this task are reasonable in comparison to the purchase price and proceeds to the estate, and the Applicant is entitled to be paid for these services.

C. RECONCILIATION OF CLAIMS

12. The Applicant expended 1.1 hours in performing services under this category, at a value of $467.50. The Applicant is entitled to be compensated for these services but is not seeking compensation for them.

PREPARATION OF FEE APPLICATION

13. The Applicant expended 1.1 hours in performing services under this category, at a value of $467.50. The Applicant is entitled to be compensated for these services but is not seeking that compensation.

14. In preparing the Application, Bruce de'Medici complied with the standards which are set forth in the opinions in In re Continental Illinois Securities Litigation, 572 F.Supp. 931 (N.D. Ill. 1983), In re Pettibone Corp., 74 B.R. 293 (Bankr. N.D. Ill. 1987) and In re Wildman, 72 B.R. 700 (Bankr. N.D. Ill. 1987), Local Rule 5082-1, and the guidelines of the Office of the United States Trustee. The Applicant would be entitled to be compensated for preparing the Application, in accordance with In re Alberto, 121 B.R. 531 (Bankr. N.D. Ill. 1990); In re NuCorp Energy, Inc., 764 F.2d 655 (9th Cir. 1985).

II
STATEMENT PURSUANT TO 11 U.S.C. §504
AND BANKRUPTCY RULE 2016(a)

16. Except to the extent that under section 504(b)(1) of the Code a professional may share compensation within that party's firm, the Applicant has not agreed to share with any person, firm, or entity any award of fees which it may receive for having represented the Trustee in this case. Furthermore, there is no agreement between the Applicant and any other party for

4

sharing compensation that any other person, firm or entity receives in connection with representing the Trustee in this case.

## III
## REQUEST FOR RELIEF

WHEREFORE, Bruce de'Medici as counsel for the Trustee for Dena Vazzano, prays that pursuant to 11 U.S.C. §§330(a) and 503(b) this Court allow final compensation in the amount of $3,230, authorize the Trustee to remit payment thereon, and grant such further relief as is just.

Respectfully Submitted,
Bruce de'Medici

By    /s/ Bruce de'Medici

Bruce de'Medici (ARDC #6184818)
834 Forest Avenue
Oak Park, Illinois 60302
Tel: 312.731.6778
Email: bdemedici@bdmlawgroup.com

5

## SUMMARY SHEET

| | | |
|---|---|---|
| In re: | ) | No. 10-38100 |
| | ) | |
| Dena Vazzano | ) | Hon. Timothy A. Barnes |
|        Debtor. | ) | Chapter 7 |

NAME OF APPLICANT:    Bruce de'Medici
ROLE IN THE CASE:    Counsel for Horace Fox, Jr., as trustee

CURRENT APPLICATION:
Amount of Fees Sought for Allowance    $1,657.50
Amount of Fees Sought for Payment    $1,657.50
Amount of Expense Reimbursement Sought:    -0-

FEES PREVIOUSLY AWARDED:    -0-
COSTS PREVIOUSLY AWARDED:    -0-

RETAINER PAID:    -0-

## FEE APPLICATION

| NAMES OF PROFESSIONAL/ PARAPROFESSIONAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL BILLED |
|---|---|---|---|---|
| Bruce de'Medici | 1980 | 3.9 | $475 | $1,657.50 |

# Fee Breakdown

| CATEGORY | HOURS |
|---|---|
| Employment of Professionals | 1.5 |
| Liquidation of Assets | 2.4 |
| TOTAL | 3.9 |

| CATEGORY | FEES |
|---|---|
| Employment of Professionals | 637.50 |
| Liquidation of Assets | 1020 |
| TOTAL | 1,657.50 |

**Exhibit i**

Law Office Bruce E. de'Medici
834 Forest Avenue
Oak Park Illinois 60302
Telephone 312.731.6778

7/5/12

**Billing
Fox/Trustee Vazzano
Professionals**

| Date | Description | Time | Amount |
|---|---|---|---|
| 11/4/12 | Prepare application to employ counsel | 0.80 | $340.00 |
| 11/16/12 | Court – application to employ counsel | 0.70 | $297.50 |
| | **TOTAL BILLING** | **1.50** | **$637.50** |

**Exhibit ii**

**Law Office Bruce E. de'Medici**
834 Forest Avenue
Oak Park Illinois 60302
Telephone 312.731.6778

7/5/12

**Billing**
**Fox/Trustee Vazzano**
**Liquidation of Assets**

| Date | Description | Time | Amount |
|---|---|---|---|
| 5/18/12 | Overview of interest of estate in the vehicles | 0.60 | $255.00 |
| 5/18/12 | Prepare sale motion | 1.10 | $467.50 |
| 6/12/12 | Hearing on sale motion | 0.70 | $297.50 |
|  |  | 2.40 | $1,020.00 |
|  | **TOTAL BILLING** | **2.40** | **$1,020.00** |