# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                                    §   Case No. 10-38100
                                          §
DENA VAZZANO                              §
                                          §
                                          §
                                          §
                Debtor(s)                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 11/20/2012 at 10:30 a.m., in Courtroom 642, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/15/2012                 By:   /s/ Horace Fox, Jr.
                                                (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38100 |
| | § | |
| DENA VAZZANO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $3,500.65
*and approved disbursements of*     $62.69
*leaving a balance on hand of[1]:*     $3,437.96

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,437.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $875.16 | $0.00 | $875.16 |
| Bruce de 'Medici, Attorney for Trustee Fees | $1,657.50 | $0.00 | $1,657.50 |

Total to be paid for chapter 7 administrative expenses:     $2,532.66
Remaining balance:     $905.30

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $905.30 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $905.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,055.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $2,828.89 | $0.00 | $69.11 |
| 2 | Lois Kulinsky & Associates, Ltd. | $938.73 | $0.00 | $22.93 |
| 3 | Us Dep Ed | $7,874.63 | $0.00 | $192.39 |
| 4 | Harris Bank, N.A. c/o Kamm, Shapiro & Demuth, Ltd. | $25,412.83 | $0.00 | $620.87 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $905.30 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Horace Fox, Jr.
              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                               Case No. 10-38100-TAB
Dena Vazzano                                                         Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox                  Page 1 of 3                   Date Rcvd: Oct 16, 2012
                              Form ID: pdf006             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2012.
db           +Dena Vazzano,    1835 Hatherleigh #1B,    Mount Prospect, IL 60056-4717
16044678     +Advocate Lutheran General Hospital,    1775 Dempster Street,    Park Ridge, IL 60068-1174
16044680    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:   Chase,    Po Box 1093,    Northridge, CA 91328)
16044682     +Chase,   201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
16044679      Chase,   Po Box 15153,    Wilmington, DE 19886-5153
16044681     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
16362125      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16044685     +Citizens,   188 Industrial Dr.,    Elmhurst, IL 60126-1608
16044686     +Citizens Finance Compa,    188 W Industrial Dr,    Elmhurst, IL 60126-1608
16044689    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court:   Hsbc/Carsn,    Po Box 15524,    Wilmington, DE 19850)
16761242     +Harris Bank, N.A. c/o Kamm, Shapiro & Demuth, Ltd.,     17 North State Street, Suite 990,
               Chicago, IL 60602-3569
16044690     +Kamm, Shapiro & Demuth, Ltd.,    17 North State Street, Suite 990,     Chicago, IL 60602-3569
16044692     +Lois Kulinsky & Associates, Ltd.,    Riverside Plaza - Suite 200,    395 East Dundee Road,
               Wheeling, IL 60090-7003
16044693     +Marathon Ash,    539 S. Main,   Findlay, OH 45840-3229
16044696      Northwestern Medical Faculty Foun.,    38693 Eagle Way,    Chicago, IL 60678-1386
16044697     +Target N.B.,    Po Box 673,   Minneapolis, MN 55440-0673
16044698    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank,    Cb Disputes Po Box 108,    Saint Louis, MO 63166)
16044705     +Us Dep Ed,   Po Box 5609,    Greenville, TX 75403-5609
16044706     +Usb/Glelsi,    Po Box 7860,   Madison, WI 53707-7860
16044707     +Wfnnb/Newport News,    995 W 122nd Ave,    Westminster, CO 80234-3417
16044708     +Wlsfgr Hmmtg,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16044684     +E-mail/Text: bk.notifications@jpmchase.com Oct 17 2012 02:15:33      Chase Auto,   Po Box 901076,
               Fort Worth, TX 76101-2076
16044687     +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2012 02:33:27      Gemb/Oldnavy,   Po Box 981400,
               El Paso, TX 79998-1400
16044688     +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2012 02:31:29      Gemb/Walmart,   Po Box 981400,
               El Paso, TX 79998-1400
16044691     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 17 2012 02:15:05       Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16044694     +E-mail/Text: bkr@cardworks.com Oct 17 2012 02:17:20      Newport News,    101 Crossway Park West,
               Woodbury, NY 11797-2020
16044695     +E-mail/Text: bankrup@nicor.com Oct 17 2012 02:14:30      Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16044683*    +Chase,   Po Box 24696,    Columbus, OH 43224-0696
16044699*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank,    Cb Disputes Po Box 108,    Saint Louis, MO 63166)
16044700*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
16044701*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
16044702*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
16044703*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
16044704*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
                                                                                 TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: acox              Page 2 of 3           Date Rcvd: Oct 16, 2012
                              Form ID: pdf006         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2012**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: acox               Page 3 of 3            Date Rcvd: Oct 16, 2012
                              Form ID: pdf006          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2012 at the address(es) listed below:
          Bruce E de'Medici   on behalf of Trustee Horace Fox bdemedici@gmail.com
          Horace Fox    foxhorace@aol.com, hf@trustesolutions.net;hf@trustesolutions.com
          Michael N Burke   on behalf of Debtor Dena Vazzano therman.bankruptcy@gmail.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                         TOTAL: 4