# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-38100 |
| | § | |
| DENA VAZZANO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $14,900.00 |
| Total Distributions to Claimants: | $905.30 | Claims Discharged Without Payment: | $45,613.53 |
| Total Expenses of Administration: | $2,595.35 | | |

3) Total gross receipts of $3,500.65 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,500.65 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,595.35 | $2,595.35 | $2,595.35 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $44,661.63 | $37,055.08 | $37,055.08 | $905.30 |
| **Total Disbursements** | $44,661.63 | $39,650.43 | $39,650.43 | $3,500.65 |

4). This case was originally filed under chapter 7 on 08/25/2010. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/29/2013        By:  /s/ Horace Fox, Jr.
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Jeep Wrangler | 1129-000 | $3,500.00 |
| Interest Earned | 1270-000 | $0.65 |
| **TOTAL GROSS RECEIPTS** | | **$3,500.65** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $875.16 | $875.16 | $875.16 |
| International Sureties, Ltd. | 2300-000 | NA | $3.35 | $3.35 | $3.35 |
| Green Bank | 2600-000 | NA | $59.34 | $59.34 | $59.34 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $1,657.50 | $1,657.50 | $1,657.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,595.35 | $2,595.35 | $2,595.35 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | $2,365.00 | $2,828.89 | $2,828.89 | $69.11 |
| 2 | Lois Kulinsky & Associates, Ltd. | 7100-000 | $938.73 | $938.73 | $938.73 | $22.93 |
| 3 | Us Dep Ed | 7100-000 | $8,000.00 | $7,874.63 | $7,874.63 | $192.39 |
| 4 | Harris Bank, N.A. c/o Kamm, | 7100-000 | $23,894.15 | $25,412.83 | $25,412.83 | $620.87 |

| | | | | | |
|---|---|---|---|---|---|
| Shapiro & Demuth, Ltd. | | | | | |
| Advocate Lutheran General Hospital | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase Auto | 7100-000 | $0.00 | NA | NA | $0.00 |
| Citizens | 7100-000 | $0.00 | NA | NA | $0.00 |
| Citizens Finance Compa | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/Oldnavy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/Walmart | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Carsn | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kohls/Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Marathon Ash | 7100-000 | $0.00 | NA | NA | $0.00 |
| Newport News | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| Northwestern Medical Faculty Foun. | 7100-000 | $58.75 | NA | NA | $0.00 |
| Target N.B. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Us Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Us Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Us Bank Hogan Loc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Us Bank Hogan Loc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Us Bank Hogan Loc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Us Bank Hogan Loc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Us Bank Hogan Loc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Usb/Glelsi | 7100-000 | $9,405.00 | NA | NA | $0.00 |
| Wfnnb/Newport News | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wlsfgr Hmmtg | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $44,661.63 | $37,055.08 | $37,055.08 | $905.30 |

Case 10-38100 Doc 45 Filed 03/27/13 Entered 03/27/13 15:35:03 Desc Main
Document Page 5 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 10-38100 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | VAZZANO, DENA | | Date Filed (f) or Converted (c): | 08/25/2010 (f) |
| For the Period Ending: | 1/29/2013 | | §341(a) Meeting Date: | 10/14/2010 |
| | | | Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Checking Acct Chase | $16.00 | $0.00 | | $0.00 | FA |
| 2  Checking Account First Merit | $100.00 | $0.00 | | $0.00 | FA |
| 3  Used Household Good and Furniture | $250.00 | $250.00 | | $0.00 | FA |
| 4  Used Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 5  Term Life Insurance - Through employer | $0.00 | $0.00 | | $0.00 | FA |
| 6  IRA | $8,000.00 | $0.00 | | $0.00 | FA |
| 7  2007 Jeep Wrangler | $12,825.00 | $6,241.00 | | $3,500.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.65 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                 **Gross Value of Remaining Assets**

                                        $21,691.00          $6,491.00                                 $3,500.65                      $0.00

**Major Activities affecting case closing:**

01/04/2011  10.14.10 came to a settlement with debtor and her attorney re: downpayment and monthly payment to retain car.  1.4.2011 Sent demand letter/ turn over request for the downpayment of 2,000 and 125.00 per month or the turnover of the car.

Asset notice filed 1.07.11

paying as agreed. 5.24.11

09/10/2011  Funds coming in in installments. $2994.87 in account.
09/17/2011  Need to file motion to approve equity in auto settlement.
12/04/2011  Debtor is paying as agreed. All claims filed b/f claims bar date. May have to object to claim 3 (student loan, sec checked but listed as unsecured ). Need settlement approved. 2.12.12

E-mailed Mr. de 'Medici re objection to claim 3 and approval. 4.8.12

Judge Barnes assigned. 5.14.12
Motion to compromise filed 5.18.12 order entered 6.12.12.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 10-38100 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | VAZZANO, DENA | Date Filed (f) or Converted (c): | 08/25/2010 (f) |
| For the Period Ending: | 1/29/2013 | §341(a) Meeting Date: | 10/14/2010 |
| | | Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    11/30/2012    **Current Projected Date Of Final Report (TFR):**    11/30/2012

/s/ HORACE FOX, JR.
HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-38100 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | VAZZANO, DENA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7683 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/25/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/29/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $2,875.65 | | $2,875.65 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.04 | $2,874.61 |
| 08/15/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,999.61 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.74 | $2,994.87 |
| 09/14/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $3,119.87 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.09 | $3,114.78 |
| 10/12/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $3,239.78 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.82 | $3,234.96 |
| 11/08/2011 | (7) | Dena Vezzano | Car installment payment | 1129-000 | $125.00 | | $3,359.96 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.18 | $3,354.78 |
| 12/08/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $3,479.78 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.56 | $3,474.22 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.60 | $3,468.62 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.35 | $3,465.27 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.23 | $3,460.04 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.76 | $3,454.28 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.21 | $3,449.07 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.56 | $3,443.51 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.55 | $3,437.96 |
| 11/21/2012 | 5002 | Horace Fox | Trustee Compensation | 2100-000 | | $875.16 | $2,562.80 |
| 11/21/2012 | 5003 | Bruce de 'Medici | Final Dividend: 48.21; Amount Allowed: 1,657.50; | 3210-000 | | $1,657.50 | $905.30 |
| 11/21/2012 | 5004 | Chase Bank USA, N.A. | Final Claim #: 1; Dividend: 2.01; Amount Allowed: 2,828.89; | 7100-000 | | $69.11 | $836.19 |
| 11/21/2012 | 5005 | Lois Kulinsky & Associates, Ltd. | Final Claim #: 2; Dividend: 0.66; Amount Allowed: 938.73; | 7100-000 | | $22.93 | $813.26 |
| 11/21/2012 | 5006 | Us Dep Ed | Final Claim #: 3; Dividend: 5.59; Amount Allowed: 7,874.63; | 7100-000 | | $192.39 | $620.87 |
| | | | **SUBTOTALS** | | **$3,500.65** | **$2,879.78** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-38100 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | VAZZANO, DENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7683 | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/25/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/29/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/21/2012 | 5007 | Harris Bank, N.A. c/o Kamm, Shapiro & Demuth, Ltd. | Final Claim #: 4; Dividend: 18.05; Amount Allowed: 25,412.83; | 7100-000 | | $620.87 | $0.00 |
| | | | **TOTALS:** | | $3,500.65 | $3,500.65 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,875.65 | $0.00 | |
| | | | **Subtotal** | | $625.00 | $3,500.65 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $625.00 | $3,500.65 | |

| For the period of 8/25/2010 to 1/29/2013 | | For the entire history of the account between 07/25/2011 to 1/29/2013 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $625.00 | Total Compensable Receipts: | $625.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $625.00 | Total Comp/Non Comp Receipts: | $625.00 |
| Total Internal/Transfer Receipts: | $2,875.65 | Total Internal/Transfer Receipts: | $2,875.65 |
| | | | |
| Total Compensable Disbursements: | $3,500.65 | Total Compensable Disbursements: | $3,500.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.65 | Total Comp/Non Comp Disbursements: | $3,500.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-38100 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | VAZZANO, DENA | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7683 | | Money Market Acct #: | ******8100 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/25/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/29/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2011 | (7) | Dena Vazzano | Down payment plus one monthly payment on jeep | 1129-000 | $2,125.00 | | $2,125.00 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.06 | | $2,125.06 |
| 02/16/2011 | (7) | Dena Vazzano | Car installment payment. | 1129-000 | $125.00 | | $2,250.06 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.08 | | $2,250.14 |
| 03/11/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,375.14 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.10 | | $2,375.24 |
| 04/06/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,500.24 |
| 04/06/2011 | (7) | Dena Vazzano | Saved the previous deposit twice so this deposit has been reversed. | 1129-000 | $125.00 | | $2,625.24 |
| 04/06/2011 | (7) | DEP REVERSE: Dena Vazzano | deposit reversal | 1129-000 | ($125.00) | | $2,500.24 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,500.34 |
| 05/16/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,625.34 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.11 | | $2,625.45 |
| 06/10/2011 | (7) | Dena Vazzano | Car installment payment | 1129-000 | $125.00 | | $2,750.45 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.11 | | $2,750.56 |
| 07/14/2011 | (7) | Dena Vazzano | car installment payment | 1129-000 | $125.00 | | $2,875.56 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.09 | | $2,875.65 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,875.65 | $0.00 |

| | | | | **SUBTOTALS** | $2,875.65 | $2,875.65 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-38100 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | VAZZANO, DENA | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7683 | | Money Market Acct #: | ******8100 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/25/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/29/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,875.65 | $2,875.65 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,875.65 | |
| | | | **Subtotal** | | $2,875.65 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,875.65 | $0.00 | |

For the period of **8/25/2010** to **1/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,875.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,875.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,875.65 |

For the entire history of the account between **01/11/2011** to **1/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,875.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,875.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,875.65 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5     Exhibit 9

| Case No. | 10-38100 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | VAZZANO, DENA | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7683 | Money Market Acct #: | ******8100 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 8/25/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/29/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,500.65 | $3,500.65 | $0.00 |

**For the period of 8/25/2010 to 1/29/2013**

| Total Compensable Receipts: | $3,500.65 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.65 |
| Total Internal/Transfer Receipts: | $2,875.65 |
| Total Compensable Disbursements: | $3,500.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.65 |
| Total Internal/Transfer Disbursements: | $2,875.65 |

**For the entire history of the case between 08/25/2010 to 1/29/2013**

| Total Compensable Receipts: | $3,500.65 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.65 |
| Total Internal/Transfer Receipts: | $2,875.65 |
| Total Compensable Disbursements: | $3,500.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.65 |
| Total Internal/Transfer Disbursements: | $2,875.65 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.